# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141241

In Re DAVID G. MYERS
Referee,                                              SC:  141241
Sanilac County Friend of the Court                   JTC:    Formal Complaint No. 86

_____

On order of the Court, the Judicial Tenure Commission having submitted its decision and recommendation for discipline, and it further appearing that respondent passed away on October 24, 2010, proceedings on the recommendation are DISMISSED and the matter is remanded to the Judicial Tenure Commission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2010 _____

_____
Clerk